## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :          CHAPTER  7
Susan Michele Sweeney
    DEBTOR                              :          BKY. NO. 24-10280-pmm

### APPLICATION FOR AN EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENT
### OF FINANCIAL AFFAIRS

1. Debtor filed for protection under **Chapter 7** on **January 30, 2024.**

2. An order was entered giving Debtor time to file schedules.

3. Debtor may seek application to extend time for cause.

4. Debtor needs an extension until **2/27/2024** to attend to the schedules and to compile the information necessary.

5. The Petition was served upon all creditors and any other interested parties.

Wherefore, Debtor prays for an Order extending time to file Chapter 7 Schedules and Statement of Financial Affairs until **2/27/2024.**

                Respectfully Submitted,

Date: February 13, 2024                         /s/ Michael A. Cibik
                Michael A. Cibik, Esquire
                Cibik Law, PC
                1500 Walnut Street, Ste 900
                Philadelphia, PA  19102