**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 7 |
| **Susan Michele Sweeney** | | |
| DEBTOR | : | BKY. NO. 24-10280-pmm |

O R D E R

AND NOW, this _____ day of _____, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **2/27/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge