# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Susan Michele Sweeney,<br><br>                Debtor. | Case No. 24-10280-mdc<br><br>Chapter 7 |

### Debtor's Motion to Extend Time to Complete Financial Management Course

**AND NOW**, Debtor Susan Michele Sweeney, by and through her attorney, moves this Court for an extension of time to complete a financial management course. In support of this motion, the Debtor states as follows:

1. The Debtor needs additional time to complete a Financial Management Course and requests an extension until June 30, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: June 6, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Susan Michele Sweeney,

              Debtor.

Case No. 24-10280-mdc

Chapter 7

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to Complete Financial Management Course to be served on the U.S. Trustee and the interim chapter 7 trustee through the CM/ECF system along with all attachments.

Date: June 6, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-10280-mdc |
| Susan Michele Sweeney, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion to Extend Time to Complete Financial Management Course**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to Complete Financial Management Course, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor shall file a statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement on or before **June 30, 2024**.

3. If the Debtor fails to do so, this case may be closed, without further notice or hearing, and without the Debtor receiving her chapter 7 discharge.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge