## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 24-10280-mdc |
| Susan Michele Sweeney, | Chapter 7 |
| Debtor. | |

### Order Granting Debtor's Motion to Extend Time to Complete Financial Management Course

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to Complete Financial Management Course, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor shall file a statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement on or before **June 30, 2024**.

3. If the Debtor fails to do so, this case may be closed, without further notice or hearing, and without the Debtor receiving her chapter 7 discharge.

Date: **June 10, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge