# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Susan Michele Sweeney,

        Debtor.

Case No. 24-10280-mdc

Chapter 7

**Praecipe**

To the Clerk of Court:

    Please enter a discharge order in this case. Thank you.

Date: August 8, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com